

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Ex parte Mary Elisabeth Tippens

No. 06-17-00100-CV

Appeal from the 220th District Court of Bosque County, Texas (Tr. Ct. No. CV17009). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the trial court's order of expunction and remand the matter for a new hearing.

We further order that the appellee pay all costs of this appeal.

RENDERED MARCH 23, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk